UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

OUSMANE SYLLA,
 a/k/a "Mohamed Gassama,"

        Defendant.

- - - - - - - - - - - - - - - x



MISDEMEANOR
INFORMATION

07 Cr.

07 CRIM. 595

COUNT ONE

    The United States Attorney charges:

    From in or about June, 2002, up to and including on or about June 6, 2007, OUSMANE SYLLA, a/k/a "Mohamed Gassama," the defendant, unlawfully, willfully, and knowingly, in the Southern District of New York and elsewhere, possessed an identification document and authentication feature that was and appeared to be an identification document and authentication feature of the United States which was produced without lawful authority, knowing that such document and feature was produced without such authority, to wit, SYLLA possessed a fraudulent green card, which he had obtained by submitting a fraudulent application using a false name, date of birth, and alien number.

  (Title 18, United States Code, Section 1028(a)(6) & (b)(6).)

                                          /s/ Michael J. Garcia
                                      MICHAEL J. GARCIA
                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

OUSMANE SYLLA,

Defendant.

---

**INFORMATION**

07 Cr.

(18 U.S.C. § 1028(a)(6) & (b)(6))

                        MICHAEL J. GARCIA
                  United States Attorney.

---