# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### DEFENDANT'S WAIVER OF PREPARATION OF PRESENTENCE INVESTIGATION AND REPORT

I, _Ousmane Sylla_ (NAME OF DEFENDANT) HEREBY WAIVE MY RIGHT TO HAVE THE PROBATION OFFICERS OF THE UNITED STATES DISTRICT COURTS CONDUCT A PRESENTENCE INVESTIGATION FOR PRESENTATION TO THE SENTENCING COURT. THIS INVESTIGATION WHICH I NOW FOREGO IS FOR THE PURPOSE OF OBTAINING INFORMATION USEFUL TO THE COURT IN SETTING SENTENCING.

I HAVE READ, OR HAD READ TO ME, AND FULLY UNDERSTAND THE PRECEDING WAIVER FORM. NO PROMISE HAS BEEN MADE TO ME AS TO WHAT THE FINAL DISPOSITION OF MY CASE WILL BE.

_7/11/07_
DATE

_Ousmane Sylla_
SIGNATURE OF DEFENDANT

_[signature]_
DEFENDANT'S ATTORNEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUL 11 2007