UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA              :

                                      :

          - v -                       :

**OUZMANE SYLLA,**                    : 07 Cr. 595 (THK)

                 Defendant.           :

------------------------------------X

Counsel to all parties in the above-captioned matter having appeared before the Court for sentencing on July 11, 2007, and the Court having considered all matters presented, it is

**ORDERED** that Mr. Ouzman Sylla is hereby sentenced to time served.


Dated:  New York, New York
        July 11, 2007

                              SO ORDERED:

                              _____
                              **HONORABLE THEODORE H. KATZ**
                              UNITED STATES MAGISTRATE JUDGE